IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Courtroom Deputy: | Nick Richards | Date: May 19, 2014 |
| Court Reporter: | Kara Spitler | Probation: Darren Streich |
| Interpreter: | N/A | |

Criminal Action No. 13-cr-00283-RBJ

*Parties*:                                                         *Counsel*:

UNITED STATES OF AMERICA,                James R. Boma

    Plaintiff,

v.

2. SERGIO JOSUE SOLANO,                       Edward Robin Harris

    Defendant.

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session: 8:35 a.m.**

Appearances of counsel.

Defendant is present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Sentencing Statement and Unopposed Motion for Variant Sentence [Doc. No. 131, filed March 31, 2014], Government's Motion for Defendant to Receive the Third Level For Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [Doc. No. 134, April 23, 2014], and Government's Motion for

>Sentencing Reduction Under the Provisions of § 5K1.1, U.S. Sentencing Guidelines, and Title 18, United States Code, Section 3553(e) [Doc. No. 146, filed May 15, 2014] are **GRANTED**.

Defendant entered his plea on February 27, 2014 to Counts One and Two of the Indictment.

**ORDERED:** Defendant shall be **imprisoned** for 38 months.

Court RECOMMENDS that defendant receive credit for his presentence confinement time.

Court RECOMMENDS that the Bureau of Prisons place the defendant in a facility in southern California and recommends that he be allowed to participate in a program for treatment of drug abuse.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of three (3) years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (X) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shallpay the cost of treatment as directed by the probation officer.
- ( ) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

      ()      Defendant shall comply with the terms and conditions for payment of the   special assessment, restitution or fine imposed by this judgment.

      ()      Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

      ()      Defendant shall not incur new credit charges or open additional lines of  credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

      ()      Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

      ()      Defendant shall be placed on home detention for a period of  months,       to commence within ten days of release from imprisonment.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.  The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$200.00** Special Assessment fee, $100.00 for each count, to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess: 8:49 a.m.**

Hearing concluded.

Total time: **00:14**